**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Investors in IFA, et al. | ) | No.   CV 03-1302-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| Ronald Stephen Holt, et al. | ) | |
| Defendants. | ) | |

According to L. R. Civ. 41.1, "[c]ases which have had no proceedings for six-months or more may be dismissed by the Court for want of prosecution." As such, notice is now given to the parties that dismissal of this action is contemplated. In this case, the last substantive action took place on May 17, 2005. After such date, all other events concerned Defendant Ronald Holt's Civil Contempt in related cases CV 03-1825-PHX-PGR and CV 03-1826-PHX-PGR. Accordingly, the parties are required to show good cause, in writing, as to why the case should not be dismissed on or before **March 9, 2007.** If the parties fail to adhere to this Order, the case will be dismissed with no further notice for lack of prosecution.

DATED this 26th day of February, 2007.

Paul G. Rosenblatt
United States District Judge

- 2 -