**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Investors in IFA, et al. | No. CV 03-1302-PHX-PGR |
| Plaintiffs, | **ORDER** |
| v. | |
| International Funding Association, et al., | |
| Defendants. | |

On February 27, 2007, this Court entered an Order requiring the parties to show good cause, in writing, as to why the case should not be dismissed on or before **March 9, 2007** due to lack of prosecution. See Docket Entry # 175. The Court specified that if the parties failed to adhere to this Order, the case would be dismissed with no further notice for lack of prosecution. As of the date of this order, this Court has received no such filing from the parties. As such,

IT IS ORDERED that this case is hereby dismissed pursuant to L.R. Civ. 41.1.

DATED this 26th day of March, 2007.

Paul G. Rosenblatt
United States District Judge